PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $79,527.22 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $33,000.00 IN U.S. CURRENCY,<br><br>        Defendants. | 2:22-MC-00225-WBS-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Mario Naranjo Gonzalez ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 25, 2022, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $79,527.22 in U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2021.

2.      On or about May 26, 2022, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $33,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 16, 2022.

3.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

1  claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the
2  claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture
3  proceeding.    3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint
4  for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
5  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
6  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the
7  parties.  Those deadlines are July 22, 2022 and August 24, 2022.

   4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
to September 20, 2022, the time in which the United States is required to file a civil complaint for
forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
currency is subject to forfeiture.

   5.    Accordingly, the parties agree that the deadline by which the United States shall be
required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
alleging that the defendant currency is subject to forfeiture shall be extended to September 20, 2022.

Dated:   7/21/22                              PHILLIP A. TALBERT
                                              United States Attorney

                                      By:     /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant United States Attorney


Dated:   7/13/22                              /s/ Jakrun Sodhi
                                              JAKRUN SODHI
                                              Attorney for potential claimant
                                              Mario Naranjo Gonzalez
                                              Sodhi Law Group
                                              1301 K Street, Suite F
                                              Modesto, CA 95354
                                              209-985-4203
                                              jak@sodhilawgroup.com

                                              (Signature authorized by email)


1  **IT IS SO ORDERED**.

3  Dated: July 21, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time