1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:22-MC-00225-WBS-JDP

12          Plaintiff,

13      v.                                 STIPULATION AND ORDER EXTENDING TIME
                                           FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $79,527.22 IN U.S.       AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY, and                          ALLEGING FORFEITURE
15
    APPROXIMATELY $33,000.00 IN U.S.
16  CURRENCY,

17          Defendants.

18

19      It is hereby stipulated by and between the United States of America and potential claimant Mario

20  Naranjo Gonzalez ("claimant"), by and through their respective counsel, as follows:

21      1.      On or about April 25, 2022, the claimant filed a claim in the administrative forfeiture

22  proceedings with the Federal Bureau of Investigation with respect to the Approximately $79,527.22 in

23  U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2021.

24      2.      On or about May 26, 2022, the claimant filed a claim in the administrative forfeiture

25  proceedings with the Federal Bureau of Investigation with respect to the Approximately $33,000.00 in

26  U.S. Currency (hereafter "defendant currency"), which was seized on March 16, 2022.

27      3.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required

28  by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

                                            1

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.    4.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  Those deadlines were July 22, 2022 and August 24, 2022.

5.    By Stipulation and Order filed July 22, 2022, the parties stipulated to extend to September 20, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    By Stipulation and Order filed September 20, 2022, the parties stipulated to extend to November 18, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.    By Stipulation and Order filed November 9, 2022, the parties stipulated to extend to January 17, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.    By Stipulation and Order filed January 17, 2023, the parties stipulated to extend to February 16, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.    By Stipulation and Order filed February 15, 2023, the parties stipulated to extend to March 16, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10.    By Stipulation and Order filed March 21, 2023, the parties stipulated to extend to April

Stipulation and Order to Extend Time

14, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed April 13, 2023, the parties stipulated to extend to June 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 11, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 11, 2023.

Dated:   6/8/23                                              PHILLIP A. TALBERT
                                                             United States Attorney


                                                     By:    /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant U. S. Attorney


Dated:   6/8/23                                              /s/ Jakrun Sodhi
                                                            JAKRUN SODHI
                                                            Attorney for potential claimant
                                                            Mario Naranjo Gonzalez

                                                            (Signature authorized by email)


    **IT IS SO ORDERED**.

Dated:  June 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stipulation and Order to Extend Time