PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>APPROXIMATELY $79,527.22 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $33,000.00 IN U.S. CURRENCY,<br><br>              Defendants. | 2:22-MC-00225-WBS-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Mario Naranjo Gonzalez ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 25, 2022, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $79,527.22 in U.S. Currency (hereafter "defendant currency"), which was seized on October 15, 2021.

2.      On or about May 26, 2022, the claimant filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $33,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 16, 2022.

3.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

1

claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

4.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  Those deadlines were July 22, 2022, and August 24, 2022.

5.      By Stipulation and Order filed July 22, 2022, the parties stipulated to extend to September 20, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      By Stipulation and Order filed September 20, 2022, the parties stipulated to extend to November 18, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.      By Stipulation and Order filed November 9, 2022, the parties stipulated to extend to January 17, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.      By Stipulation and Order filed January 17, 2023, the parties stipulated to extend to February 16, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.      By Stipulation and Order filed February 15, 2023, the parties stipulated to extend to March 16, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

Stipulation and Order to Extend Time

10.     By Stipulation and Order filed March 21, 2023, the parties stipulated to extend to April 14, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     By Stipulation and Order filed April 13, 2023, the parties stipulated to extend to June 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.     By Stipulation and Order filed June 6, 2023, the parties stipulated to extend to August 11, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 8, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

1        14.    Accordingly, the parties agree that the deadline by which the United States shall be

2 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

3 alleging that the defendant currency is subject to forfeiture shall be extended to September 8, 2023.

4 Dated:   8/10/23                    PHILLIP A. TALBERT
                                         United States Attorney

5

6                              By:    /s/ Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN

7                                       Assistant U. S. Attorney

8

9 Dated:   8/10/23                     /s/ Jakrun Sodhi
                                       JAKRUN SODHI

10                                       Attorney for potential claimant
                                       Mario Naranjo Gonzalez

11                                         (Signature authorized by email)

12

13          **IT IS SO ORDERED**.

14 Dated:  August 17, 2023

15                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28